THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARAGON REALTY CORPORATION, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1932 and 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. PARAGON REALTY CORPORATION, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1934.) — Considering all the evidence and applying all relevant factors, we think that the orders so far as appealed from should be modified by reducing

the assessments to the valuations recommended by the referee in his report and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to affirm. Settle order on notice.